IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-147-D
No. 7:16-CV-182-D

JOHN MOORE,                          )
                                     )
                    Petitioner,      )
                                     )
        v.                           )          **ORDER**
                                     )
UNITED STATES OF AMERICA,            )
                                     )
                    Respondent.      )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This **2 5** day of October 2016.

JAMES C. DEVER III
Chief United States District Judge