UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:10-CR-147-D
Civil No. 7:20-CV-193-D

JOHN MOORE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 23 day of October, 2020.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE